IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEO JACKSON, #214719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:02-CV-1306-T |
| | )       WO |
| GRANT CULLIVER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On March 30, 2005 (Doc. 30), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that the petition for habeas corpus relief is denied and this case is dismissed with prejudice.

DONE, this the 23rd day of May, 2005.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE