IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEO JACKSON, #214719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:02-CV-1306-T |
| | ) WO |
| GRANT CULLIVER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed with prejudice.

DONE, this the 23rd day of May, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE